1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:  (818) 500-3200
5   Facsimile:    (818) 500-3201

6   Attorneys for Plaintiff
    Warner Bros. Home Entertainment Inc.
7

8   Xing Zhou Dong a/k/a Zingzhou Dong
    a/k/a Dong Xing a/k/a Dong Zhou a/k/a
9   Zhou Xing a/k/a Regan Dong, an
    individual and d/b/a Kevin Lee and
10  Amazon.com Seller WDA Outlet;
    Ecrater Shop, LLC; and DNG Outlet Corp.
    112 Locust Drive
11  Milford, Pennsylvania 18337-7405

12  Defendants, *in pro se*

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15
    Warner Bros. Home Entertainment Inc.,    )   Case No.: CV12-6519 SVW (AJWx)
16                                           )
                    Plaintiff,               )   CONSENT DECREE AND
17                                           )   PERMANENT  INJUNCTION
             v.                              )
18                                           )   [NOTE COURT MODIFICATION]
    Kevin Lee, an individual and d/b/a       )
19  Amazon.com Seller WDA Outlet; Xing       )   JS-6
    Zhou Dong a/k/a Zingzhou Dong a/k/a      )
20  Dong Xing a/k/a Dong Zhou a/k/a Zhou     )
    Xing a/k/a Regan Dong, an individual and )
21  d/b/a Kevin Lee and Amazon.com Seller    )
    WDA Outlet, Ecrater Shop, LLC, DNG       )
22  Outlet Corp., and Does 4-10, inclusive   )
                                             )
23                  Defendants.              )

24          The Court, having read and considered the Joint Stipulation for Entry of

25  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

26  Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Xing Zhou Dong a/k/a

27  Zingzhou Dong a/k/a Dong Xing a/k/a Dong Zhou a/k/a Zhou Xing a/k/a Regan Dong,

28

an individual and d/b/a Kevin Lee and Amazon.com Seller WDA Outlet, Ecrater Shop, LLC, and DNG Outlet Corp. (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to,

transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)    Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint against Defendant Kevin Lee are dismissed, without prejudice.

7)    Except as provided herein, all claims alleged in the Complaint against Defendants are dismissed with prejudice.

8)    This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)    ~~The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.~~

11)    ~~The above-captioned action, shall, upon filing by Plaintiff of the Settlement~~

1  ~~Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,~~
2  ~~and requesting entry of judgment against Defendants, be reopened should Defendants~~
3  ~~default under the terms of the Settlement Agreement.~~
4  ~~12)     This Court shall retain jurisdiction over Defendants for the purpose of making~~
5  ~~further orders necessary or proper for the construction or modification of this consent~~
6  ~~decree and judgment; the enforcement hereof; the punishment of any violations~~
7  ~~hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this~~
8  ~~action.~~
9
10  DATED:      February 22, 2013
11                                                           _____
                                                             Hon. Stephen V. Wilson
12                                                           United States District Judge
13  PRESENTED BY:
14  J. Andrew Coombs, A Prof. Corp.
15
16  By: _____
          J. Andrew Coombs
17        Annie S. Wang
    Attorneys for Plaintiff Warner Bros. Home
18  Entertainment Inc.
19  Xing Zhou Dong a/k/a Zingzhou Dong
    a/k/a Dong Xing a/k/a Dong Zhou a/k/a
20  Zhou Xing a/k/a Regan Dong, an
    individual and d/b/a Kevin Lee and
21  Amazon.com Seller WDA Outlet;
    Ecrater Shop, LLC; and DNG Outlet Corp.
22
23  By: _____
          Xing Zhou Dong
24  Defendants, *in pro se*
25
26
27
28

Warner Bros. v. Lee, et al.: ~~[Proposed]~~ Consent Decree          - 4 -

# EXHIBIT A

## COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | CLAIMANT |
|----------|-------|----------|
| PA 694-704 | BABYLON 5: Babylon 5 | PTN Consortium, a Division of Time Warner Entertainment Company (hereinafter "PTN") |
| PA 703-912 | BABYLON 5: Chrysalis Extra not on IMDB | PTN |
| PA 703-904 | BABYLON 5: Midnight On The Firing Line | PTN |
| PA 703-882 | BABYLON 5: Soul Hunter | PTN |
| PA 703-903 | BABYLON 5: Born To The Purple | PTN |
| PA 703-886 | BABYLON 5: Infection | PTN |
| PA 703-908 | BABYLON 5: Parliament Of Dreams | PTN |
| PA 703-910 | BABYLON 5: Mind War | PTN |
| PA 703-907 | BABYLON 5: The War Prayer | PTN |
| PA 703-906 | BABYLON 5: And The Sky Full Of Stars | PTN |
| PA 703-911 | BABYLON 5: Deathwalker | PTN |
| PA 703-905 | BABYLON 5: Believers | PTN |
| PA 703-913 | BABYLON 5: Survivors | PTN |
| PA 703-883 | BABYLON 5: By Any Means Necessary | PTN |
| PA 703-885 | BABYLON 5: Signs And Portents | PTN |
| PA 703-890 | BABYLON 5: TKO | PTN |
| PA 703-909 | BABYLON 5: Grail | PTN |
| PA 703-888 | BABYLON 5: Eyes | PTN |
| PA 703-884 | BABYLON 5: Legacies | PTN |
| PA 703-889 | BABYLON 5: A Voice In The Wilderness: Part 1 | PTN |
| PA 703-887 | BABYLON 5: A Voice In The Wilderness: Part 2 | PTN |
| PA 703-891 | BABYLON 5: Babylon Squared | PTN |
| PA 703-892 | BABYLON 5: The Quality Of Mercy | PTN |
| PA 703-914 | BABYLON 5: Points Of Departure | PTN |
| PA 703-915 | BABYLON 5: Revelations | PTN |
| PA 703-916 | BABYLON 5: The Geometry Of Shadows | PTN |
| PA 703-917 | BABYLON 5: A Distant Star | PTN |

| | | |
|---|---|---|
| PA 703-918 | BABYLON 5: The Long Dark | PTN |
| PA 703-919 | BABYLON 5: Spider In The Web | PTN |
| PA 703-921 | BABYLON 5: Soul Mates | PTN |
| PA 703-920 | BABYLON 5: A Race Through Dark Places | PTN |
| PA 703-922 | BABYLON 5: The Coming Of Shadows | PTN |
| PA 703-894 | BABYLON 5: GROPOS | PTN |
| PA 703-895 | BABYLON 5: All Alone In The Night | PTN |
| PA 703-896 | BABYLON 5: Acts Of Sacrifice | PTN |
| PA 703-897 | BABYLON 5: Hunter, Prey | PTN |
| PA 703-899 | BABYLON 5: There All The Honor Lies | PTN |
| PA 703-898 | BABYLON 5: And Now For A Word | PTN |
| PA 703-901 | BABYLON 5: In The Shadow Of Z'ha'dum | PTN |
| PA 703-902 | BABYLON 5: Knives | PTN |
| PA 703-900 | BABYLON 5: Confessions And Lamentations | PTN |
| PA 708-332 | BABYLON 5: Divided Loyalties | PTN |
| PA 708-333 | BABYLON 5: The Long, Twilight Struggle | PTN |
| PA 708-330 | BABYLON 5: Comes The Inquisitor | PTN |
| PA 708-334 | BABYLON 5: The Fall Of Night | PTN |
| PA 872-603 | BABYLON 5: Matters of Honor | PTN |
| PA 872-604 | BABYLON 5: Convictions | PTN |
| PA 872-605 | BABYLON 5: A Day In The Strife | PTN |
| PA 872-607 | BABYLON 5: Passing Through Gethsemane | PTN |
| PA 872-606 | BABYLON 5: Voices Of Authority | PTN |
| PA 872-608 | BABYLON 5: Dust To Dust | PTN |
| PA 872-609 | BABYLON 5: Exogenesis | PTN |
| PA 872-610 | BABYLON 5: Messages From Earth | PTN |
| PA 872-611 | BABYLON 5: Point Of No Return | PTN |
| PA 872-612 | BABYLON 5: Severed Dreams | PTN |
| PA 872-613 | BABYLON 5: Ceremonies Of Light And Dark | PTN |
| PA 872-615 | BABYLON 5: Sic Transit Vir | PTN |
| PA 872-614 | BABYLON 5: A Late Delivery From Avalon | PTN |
| PA 872-616 | BABYLON 5: Ship Of Tears | PTN |
| PA 872-617 | BABYLON 5: Interludes And Examinations | PTN |

| | | |
|---|---|---|
| PA 872-618 | BABYLON 5: War Without End Part One | PTN |
| PA 872-619 | BABYLON 5: War Without End Part Two | PTN |
| PA 872-620 | BABYLON 5: Walkabout | PTN |
| PA 872-621 | BABYLON 5: Grey 17 Is Missing | PTN |
| PA 872-622 | BABYLON 5: And The Rock Cried Out, No Hiding Place | PTN |
| PA 872-623 | BABYLON 5: Shadow Dancing | PTN |
| PA 872-624 | BABYLON 5: Z'ha'dum | Time Warner Entertainment Company (hereinafter "TWEC") |
| PA 929-526 | BABYLON 5: The Hour Of The Wolf | TWEC |
| PA 929-527 | BABYLON 5: Whatever Happened To Mr. Garibaldi? | TWEC |
| PA 929-528 | BABYLON 5: The Summoning | TWEC |
| PA 929-529 | BABYLON 5: Falling Toward Apotheosis | TWEC |
| PA 929-530 | BABYLON 5: The Long Night | TWEC |
| PA 929-531 | BABYLON 5: Into The Fire | TWEC |
| PA 929-532 | BABYLON 5: Epiphanies | TWEC |
| PA 929-533 | BABYLON 5: The Illusion Of Truth | TWEC |
| PA 929-534 | BABYLON 5: Atonement | TWEC |
| PA 929-535 | BABYLON 5: Racing Mars | TWEC |
| PA 929-536 | BABYLON 5: Lines Of Communication | TWEC |
| PA 929-537 | BABYLON 5: Conflicts Of Interest | TWEC |
| PA 929-538 | BABYLON 5: Rumors, Bargains And Lies | TWEC |
| PA 929-539 | BABYLON 5: Moments Of Transition | TWEC |
| PA 929-540 | BABYLON 5: No Surrender, No Retreat | TWEC |
| PA 929-541 | BABYLON 5: Exercise Of Vital Powers | TWEC |
| PA 929-542 | BABYLON 5: The Face Of The Enemy | TWEC |
| PA 929-543 | BABYLON 5: Intersections In Real Time | TWEC |
| PA 929-544 | BABYLON 5: Between The Darkness And The Light | TWEC |
| PA 929-545 | BABYLON 5: Endgame | TWEC |
| PA 929-546 | BABYLON 5: Rising Star | TWEC |
| PA 929-547 | BABYLON 5: The Deconstruction Of Falling Stars | TWEC |
| PA 929-365 | BABYLON 5: No Compromises | TWEC |
| PA 929-366 | BABYLON 5: The Very Long Night Of Londo Mollari | TWEC |
| PA 929-367 | BABYLON 5: The Paragon Of Animals | TWEC |

| PA 929-368 | BABYLON 5: A View From The Gallery | TWEC |
|---|---|---|
| PA 929-369 | BABYLON 5: Learning Curve | TWEC |
| PA 929-370 | BABYLON 5: Strange Relations | TWEC |
| PA 929-371 | BABYLON 5: Secrets Of The Soul | TWEC |
| PA 929-374 | BABYLON 5: Day Of The Dead | TWEC |
| PA 929-372 | BABYLON 5: In The Kingdom Of The Blind | TWEC |
| PA 929-373 | BABYLON 5: A Tragedy Of Telepaths | TWEC |
| PA 929-375 | BABYLON 5: Phoenix Rising | TWEC |
| PA 929-376 | BABYLON 5: Ragged Edge | TWEC |
| PA 929-377 | BABYLON 5: The Corps Is Mother, The Corps Is Father | TWEC |
| PA 929-378 | BABYLON 5: Mediations On The Abyss | TWEC |
| PA 929-379 | BABYLON 5: Darkness Ascending | TWEC |
| PA 929-380 | BABYLON 5: And All My Dreams, Torn Asunder | TWEC |
| PA 929-381 | BABYLON 5: Movements Of Fire And Shadow | TWEC |
| PA 929-382 | BABYLON 5: The Fall Of Centauri Prime | TWEC |
| PA 929-383 | BABYLON 5: The Wheel Of Fire | TWEC |
| PA 929-384 | BABYLON 5: Objects In Motion | TWEC |
| PA 929-385 | BABYLON 5: Objects At Rest | TWEC |
| PA 929-386 | BABYLON 5: Sleeping In Light | TWEC |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. (hereinafter "WBEI") |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |

| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
|---|---|---|
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |

| | | |
|---|---|---|
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-320-979 | BIG LOVE: The Pilot | Home Box Office, Inc. (hereinafter "HBO") |
| PA 1-319-374 | BIG LOVE: Viagra Blue | HBO |
| PA 1-319-373 | BIG LOVE: Home Invasion | HBO |
| PA 1-320-982 | BIG LOVE: Eclipse | HBO |
| PA 1-320-983 | BIG LOVE: Affair | HBO |
| PA 1-320-984 | BIG LOVE: Roberta's Funeral | HBO |
| PA 1-320-985 | BIG LOVE: Eviction | HBO |
| PA 1-325-915 | BIG LOVE: Easter | HBO |
| PA 1-320-981 | BIG LOVE: A Barbecue For Betty | HBO |
| PA 1-320-978 | BIG LOVE: The Baptism | HBO |
| PA 1-320-139 | BIG LOVE: Where There's A Will | HBO |
| PA 1-340-778 | BIG LOVE: The Ceremony | HBO |
| PA 1-386-822 | BIG LOVE: Damage Control | HBO |
| PA 1-386-697 | BIG LOVE: The Writing On The Wall | HBO |
| PA 1-589-437 | BIG LOVE: Reunion | HBO |

| | | | |
|---|---|---|---|
| 1 | PA 1-589-430 | BIG LOVE: Rock And A Hard Place | HBO |
| 2 | PA 1-589-429 | BIG LOVE: Vision Thing | HBO |
| | PA 1-589-425 | BIG LOVE: Dating Game | HBO |
| 3 | PA 1-593-023 | BIG LOVE: Good Guys And Bad Guys | HBO |
| 4 | PA 1-593-027 | BIG LOVE: Kingdom Come | HBO |
| 5 | PA 1-593-063 | BIG LOVE: Circle The Wagons | HBO |
| | PA 1-593-061 | BIG LOVE: The Happiest Girl… | HBO |
| 6 | PA 1-593-060 | BIG LOVE: Take Me As I Am | HBO |
| 7 | PA 1-593-059 | BIG LOVE: Oh, Pioneers | HBO |
| | PA 1-663-632 | BIG LOVE: Block Party | HBO |
| 8 | PA 1-636-013 | BIG LOVE: Empire | HBO |
| 9 | PA 1-636-015 | BIG LOVE: Prom Queen | HBO |
| | PA 1-636-014 | BIG LOVE: On Trial | HBO |
| 10 | PA 1-636-012 | BIG LOVE: For Better Or For Worse | HBO |
| 11 | PA 1-636-016 | BIG LOVE: Come, Ye Saints | HBO |
| | PA 1-663-307 | BIG LOVE: Fight Or Flight | HBO |
| 12 | PA 1-663-938 | BIG LOVE: Rough Edges | HBO |
| 13 | PA 1-661-917 | BIG LOVE: Outer Darkness | HBO |
| | PA 1-661-969 | BIG LOVE: Sacrament | HBO |
| 14 | PA 1-227-680 | DEADWOOD: Deadwood | HBO |
| 15 | PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| 16 | PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| | PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| 17 | PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| 18 | PA 1-227-641 | DEADWOOD: Plague | HBO |
| 19 | PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| 20 | PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| 21 | PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| 22 | PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| 23 | PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| 24 | PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
| 25 | PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| | PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| 26 | PA 1-272-613 | DEADWOOD: New Money | HBO |
| 27 | PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| | PA 1-274-760 | DEADWOOD: Complications | HBO |
| 28 | PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |

| | | | |
|---|---|---|---|
| 1 | PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| 2 | PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| 3 | PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| | PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| 4 | PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| 5 | PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| 6 | PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| 7 | PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| 8 | PA 1-324-842 | DEADWOOD: True Colors | HBO |
| 9 | PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
| | PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| 10 | PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| 11 | PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| 12 | PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| | PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| 13 | PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| 14 | PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| | PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| 15 | PA 1-654-189 | ER: The War Comes Home | WBEI |
| 16 | PA 1-654-179 | ER: In A Different Light | WBEI |
| | PA 1-654-182 | ER: Officer Down | WBEI |
| 17 | PA 1-654-172 | ER: Gravity | WBEI |
| 18 | PA 1-654-173 | ER: Under The Influence | WBEI |
| | PA 1-654-175 | ER: The Test | WBEI |
| 19 | PA 1-654-185 | ER: Blackout | WBEI |
| 20 | PA 1-654-187 | ER: Coming Home | WBEI |
| | PA 1-652-863 | ER: Skye's The Limit | WBEI |
| 21 | PA 1-652-871 | ER: 300 Patients | WBEI |
| 22 | PA 1-652-866 | ER: Status Quo | WBEI |
| 23 | PA 1-652-835 | ER: Believe The Unseen | WBEI |
| | PA 1-652-837 | ER: Atonement | WBEI |
| 24 | PA 1-652-869 | ER: Owner Of A Broken Heart | WBEI |
| 25 | PA 1-652-831 | ER: …As The Day She Was Born | WBEI |
| | PA 1-652-845 | ER: Truth Will Out | WBEI |
| 26 | PA 1-652-851 | ER: Under Pressure | WBEI |
| 27 | PA 1-652-854 | ER: Tandem Repeats | WBEI |
| | PA 1-652-860 | ER: The Chicago Way | WBEI |
| 28 | PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |

| | | |
|---|---|---|
| 1 | PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| 2 | PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| 3 | PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| 4 | PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| 5 | PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| | PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| 6 | PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| 7 | PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| 8 | PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| 9 | PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| 10 | PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| | PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| 11 | PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| 12 | PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| | PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| 13 | PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| 14 | PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| | PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| 15 | PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| 16 | PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| | PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| 17 | PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| 18 | PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| | PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| 19 | PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| 20 | PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| | PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| 21 | PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| 22 | PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| 23 | PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| 24 | PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| | PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| 25 | PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| 26 | PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| | PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| 27 | PA 1-085-787 | THE WIRE: The Target | HBO |
| 28 | PA 1-085-788 | THE WIRE: The Detail | HBO |

| | | |
|---|---|---|
| PA 1-085-789 | THE WIRE: The Buys | HBO |
| PA 1-085-790 | THE WIRE: Old Cases | HBO |
| PA 1-091-735 | THE WIRE: The Pager | HBO |
| PA 1-091-734 | THE WIRE: The Wire | HBO |
| PA 1-085-791 | THE WIRE: One Arrest | HBO |
| PA 1-112-366 | THE WIRE: Lessons | HBO |
| PA 1-112-367 | THE WIRE: Game Day | HBO |
| PA 1-085-792 | THE WIRE: The Cost | HBO |
| PA 1-085-793 | THE WIRE: The Hunt | HBO |
| PA 1-112-891 | THE WIRE: Cleaning Up | HBO |
| PA 1-097-171 | THE WIRE: Sentencing | HBO |
| PA 1-136-490 | THE WIRE: Ebb Tide | HBO |
| PA 1-148-802 | THE WIRE: Collateral Damage | HBO |
| PA 1-194-679 | THE WIRE: Hot Shots | HBO |
| PAu2-811-064 | THE WIRE: Hard Cases | HBO |
| PAu2-803-274 | THE WIRE: Undertow | HBO |
| PA 1-148-601 | THE WIRE: All Prologue | HBO |
| PA 1-188-186 | THE WIRE: Backwash | HBO |
| PAu2-787-345 | THE WIRE: Duck And Cover | HBO |
| PA 1-190-936 | THE WIRE: Stray Sounds | HBO |
| PA 1-194-673 | THE WIRE: Storm Warnings | HBO |
| PA 1-201-679 | THE WIRE: Bad Dreams | HBO |
| PA 1-201-678 | THE WIRE: Port In A Storm | HBO |
| PA 1-246-492 | THE WIRE: Time After Time | HBO |
| PA 1-246-487 | THE WIRE: All Due Respect | HBO |
| PA 1-249-546 | THE WIRE: Dead Soldiers | HBO |
| PA 1-249-545 | THE WIRE: Amsterdam | HBO |
| PA 1-249-550 | THE WIRE: Straight And True | HBO |
| PA 1-249-549 | THE WIRE: Homecoming | HBO |
| PA 1-263-206 | THE WIRE: Back Burners | HBO |
| PA 1-263-204 | THE WIRE: Moral Midgetry | HBO |
| PA 1-263-205 | THE WIRE: Slapstick | HBO |
| PA 1-263-201 | THE WIRE: Reformation | HBO |
| PA 1-265-461 | THE WIRE: Middle Ground | HBO |
| PA 1-265-512 | THE WIRE: Mission Accomplished | HBO |
| PA 1-325-037 | THE WIRE: Boys Of Summer | HBO |
| PA 1-325-038 | THE WIRE: Soft Eyes | HBO |
| PA 1-325-039 | THE WIRE: Home Rooms | HBO |
| PA 1-261-149 | THE WIRE: Refugees | HBO |
| PA 1-261-150 | THE WIRE: Alliances | HBO |

| | | |
|---|---|---|
| PA 1-261-132 | THE WIRE: Margin Of Error | HBO |
| PA 1-261-151 | THE WIRE: Unto Others | HBO |
| PA 1-261-345 | THE WIRE: Corner Boys | HBO |
| PA 1-261-344 | THE WIRE: Know Your Place | HBO |
| PA 1-353-972 | THE WIRE: Misgivings | HBO |
| PA 1-353-973 | THE WIRE: A New Day | HBO |
| PA 1-353-974 | THE WIRE: That's Got His Own | HBO |
| PA 1-261-346 | THE WIRE: Final Grades | HBO |
| PA 1-611-976 | THE WIRE: More With Less | HBO |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | HBO |
| PA 1-663-138 | THE WIRE: Transitions | HBO |
| PA 1-617-062 | THE WIRE: React Quotes | HBO |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | HBO |
| PA 1-622-694 | THE WIRE: Took | HBO |
| PA 1-622-990 | THE WIRE: Clarifications | HBO |
| PA 1-622-995 | THE WIRE: Late Editions | HBO |
| PA 1-622-993 | THE WIRE: -30- | HBO |
| PA 943-492 | SOPRANOS, THE: Pilot | HBO HBO |
| PA 943-491 | SOPRANOS, THE: 46 Long | HBO |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | HBO |
| PA 943-494 | SOPRANOS, THE: Meadowlands | HBO |
| PA 943-496 | SOPRANOS, THE: College | HBO |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | HBO |
| PA 943-490 | SOPRANOS, THE: Down Neck | HBO |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | HBO |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | HBO |
| PA 943-532 | SOPRANOS, THE: Boca | HBO |
| PA 943-537 | SOPRANOS, THE: Isabella | HBO |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | HBO |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | HBO |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO |
| PA 998-992 | SOPRANOS, THE: Do Not Resucitate | HBO |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO |

| | | |
|---|---|---|
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | HBO |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | HBO |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | HBO |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | HBO |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | HBO |
| PA 1-021-955 | SOPRANOS, THE: University | HBO |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | HBO |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | HBO |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | HBO |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | HBO |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | HBO |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | HBO |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | HBO |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | HBO |
| PA 1-097-104 | SOPRANOS, THE: No Show | HBO |
| PA 1-097-105 | SOPRANOS, THE: Christopher | HBO |
| PA 1-112-845 | SOPRANOS, THE: The Weight | HBO |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | HBO |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | HBO |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | HBO |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | HBO |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | HBO |

| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | HBO |
|---|---|---|
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | HBO |
| PA 1-110-982 | SOPRANOS, THE: Eloise | HBO |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | HBO |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | HBO |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | HBO |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | HBO |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | HBO |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | HBO |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | HBO |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | HBO |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | HBO |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | HBO |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | HBO |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | HBO |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | HBO |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | HBO |
| PA 1-324-969 | SOPRANOS, THE: Members Only | HBO |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | HBO |
| PA 1-324-971 | SOPRANOS, THE: Mayham | HBO |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | HBO |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | HBO |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | HBO |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | HBO |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | HBO |
| PA 1-326-426 | SOPRANOS, THE: The Ride | HBO |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | HBO |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | HBO |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | HBO |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | HBO |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | HBO |
| PA 1-374-959 | SOPRANOS, THE: Remember When | HBO |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | HBO |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | HBO |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | HBO |

| PA 1-371-913 | SOPRANOS, THE: The Second Coming | HBO |
|---|---|---|
| PA1-390-894 | SOPRANOS, THE: Blue Comet | HBO |
| PA 1-390-892 | SOPRANOS, THE: Made In America | HBO |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |

| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
|---|---|---|
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |
| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |

| | | |
|---|---|---|
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |
| PA 1-079-288 | GILMORE GIRLS: Pilot | WBEI |
| PA 1-079-294 | GILMORE GIRLS: The Break Up – Part 2 | WBEI |
| PA 1-079-300 | GILMORE GIRLS: Christopher Returns | WBEI |
| PA 1-079-296 | GILMORE GIRLS: Cinnamon's Wake | WBEI |
| PA 1-079-301 | GILMORE GIRLS: Concert Interruptus | WBEI |
| PA 1-079-284 | GILMORE GIRLS: The Deer Hunters | WBEI |
| PA 1-079-298 | GILMORE GIRLS:: Double Date | WBEI |
| PA 1-079-293 | GILMORE GIRLS: Emily In Wonderland | WBEI |
| PA 1-079-286 | GILMORE GIRLS: Forgiveness And Stuff | WBEI |
| PA 1-079-299 | GILMORE GIRLS: Kill Me Now | WBEI |
| PA 1-079-302 | GILMORE GIRLS: Kiss And Tell | WBEI |
| PA 1-079-291 | GILMORE GIRLS: The Lorelais' First Day At Chilton | WBEI |
| PA 1-079-297 | GILMORE GIRLS: Love And War and Snow | WBEI |
| PA 1-079-290 | GILMORE GIRLS: Love, Daisies, And Troubadors | WBEI |
| PA 1-079-282 | GILMORE GIRLS:: Paris Is Burning | WBEI |
| PA 1-079-289 | GILMORE GIRLS: P.S. I Lo… | WBEI |
| PA 1-079-283 | GILMORE GIRLS: Rory's Birthday Parties | WBEI |

| | | |
|---|---|---|
| 1 | PA 1-079-295 | GILMORE GIRLS: Rory's Dance | WBEI |
| 2 | PA 1-079-285 | GILMORE GIRLS: Star Crossed Lovers And Other Strangers | WBEI |
| 3 | PA 1-079-287 | GILMORE GIRLS: That Damn Donna Reed | WBEI |
| 4 | PA 1-079-292 | GILMORE GIRLS: The Third Lorelai | WBEI |
| 5 | PA 1-097-313 | GILMORE GIRLS: Sadie, Sadie | WBEI |
| 6 | PA 1-097-314 | GILMORE GIRLS: Hammers And Veils | WBEI |
| 7 | PA 1-097-315 | GILMORE GIRLS: Red Light On The Wedding Night | WBEI |
| 8 | PA 1-097-316 | GILMORE GIRLS: The Road Trip To Harvard | WBEI |
| 9 | PA 1-097-317 | GILMORE GIRLS: Nick & Nora / Sid & Nancy | WBEI |
| 10 | PA 1-097-318 | GILMORE GIRLS: Presenting Lorelai Gilmore | WBEI |
| 11 | PA 1-097-319 | GILMORE GIRLS: Like Mother, Like Daughter | WBEI |
| 12 | PA 1-097-320 | GILMORE GIRLS: The In And Outs Of Inns | WBEI |
| 13 | PA 1-097-321 | GILMORE GIRLS: Run Away, Little Boy | WBEI |
| 14 | PA 1-097-322 | GILMORE GIRLS: The Bracebridge Dinner | WBEI |
| 15 | PA 1-097-323 | GILMORE GIRLS: Secrets And Loans | WBEI |
| 16 | PA 1-097-324 | GILMORE GIRLS: Richard In Stars Hollow | WBEI |
| 17 | PA 1-097-325 | GILMORE GIRLS: A-Tisket, A-Tasket | WBEI |
| 18 | PA 1-097-326 | GILMORE GIRLS: It Should've Been Lorelai | WBEI |
| 19 | PA 1-097-327 | GILMORE GIRLS: Lost And Found | WBEI |
| 20 | PA 1-097-328 | GILMORE GIRLS: There's The Rub | WBEI |
| 21 | PA 1-097-329 | GILMORE GIRLS: Dead Uncles And Vegetables | WBEI |
| 22 | PA 1-097-330 | GILMORE GIRLS: Back In The Saddle Again | WBEI |
| 23 | PA 1-097-331 | GILMORE GIRLS: Teach Me Tonight | WBEI |
| 24 | PA 1-097-332 | GILMORE GIRLS: Help Wanted | WBEI |
| 25 | PA 1-097-333 | GILMORE GIRLS: Lorelai's Graduation Day | WBEI |
| 26 | PA 1-097-334 | GILMORE GIRLS: I Can't Get Started | WBEI |

| | | |
|---|---|---|
| PA 1-150-634 | GILMORE GIRLS: Those Lazy-Hazy-Crazy Days | WBEI |
| PA 1-150-635 | GILMORE GIRLS: Haunted Leg | WBEI |
| PA 1-150-636 | GILMORE GIRLS: Application Anxiety | WBEI |
| PA 1-150-637 | GILMORE GIRLS: One's Got Class And The Other One Dyes | WBEI |
| PA 1-150-638 | GILMORE GIRLS: Eight O'clock At The Oasis | WBEI |
| PA 1-150-639 | GILMORE GIRLS: Take The Deviled Eggs | WBEI |
| PA 1-150-640 | GILMORE GIRLS: They Shoot Gilmores, Don't They? | WBEI |
| PA 1-150-641 | GILMORE GIRLS: Let The Games Begin | WBEI |
| PA 1-150-642 | GILMORE GIRLS: A Deep Fried Korean Thanksgiving | WBEI |
| PA 1-150-643 | GILMORE GIRLS: That'll Do Pig | WBEI |
| PA 1-150-644 | GILMORE GIRLS: I Solemnly Swear | WBEI |
| PA 1-150-645 | GILMORE GIRLS: Lorelai Out Of Water | WBEI |
| PA 1-150-646 | GILMORE GIRLS: Dear Emily And Richard | WBEI |
| PA 1-150-647 | GILMORE GIRLS: Swan Song | WBEI |
| PA 1-150-648 | GILMORE GIRLS: Face Off | WBEI |
| PA 1-150-649 | GILMORE GIRLS: The Big One | WBEI |
| PA 1-150-650 | GILMORE GIRLS: A Tale Of Poes And Fire | WBEI |
| PA 1-150-651 | GILMORE GIRLS: Happy Birthday Baby | WBEI |
| PA 1-150-652 | GILMORE GIRLS: Keg! Max! | WBEI |
| PA 1-150-653 | GILMORE GIRLS: Say Goodnight, Gracie | WBEI |
| PA 1-150-654 | GILMORE GIRLS: Here Comes The Son | WBEI |
| PA 1-150-655 | GILMORE GIRLS: Those Are Strings, Pinocchio | WBEI |
| PA 1-588-516 | GILMORE GIRLS: Ballrooms And Biscotti | WBEI |
| PA 1-588-522 | GILMORE GIRLS: The Lorelais' First Day At Yale | WBEI |
| PA 1-588-520 | GILMORE GIRLS: The Hobbit, The Sofa & Digger Stiles | WBEI |
| PA 1-588-518 | GILMORE GIRLS: Chicken Or Beef? | WBEI |
| PA 1-588-524 | GILMORE GIRLS: The Fundamental Things Apply | WBEI |

| PA 1-588-525 | GILMORE GIRLS: An Affair To Remember | WBEI |
|---|---|---|
| PA 1-588-526 | GILMORE GIRLS: The Festival Of Living Art | WBEI |
| PA 1-588-528 | GILMORE GIRLS: Die, Jerk | WBEI |
| PA 1-588-529 | GILMORE GIRLS: Ted Koppel's Big Night Out | WBEI |
| PA 1-588-531 | GILMORE GIRLS: The Nanny And The Professor | WBEI |
| PA 1-588-527 | GILMORE GIRLS: In The Clamor And The Clangor | WBEI |
| PA 1-588-517 | GILMORE GIRLS: A Family Matter | WBEI |
| PA 1-588-504 | GILMORE GIRLS: Nag Hammadi Is Where They Found The Gnostic Gospel | WBEI |
| PA 1-588-515 | GILMORE GIRLS: The Incredible Sinking Lorelais | WBEI |
| PA 1-588-512 | GILMORE GIRLS: Scene In A Mall | WBEI |
| PA 1-588-508 | GILMORE GIRLS: The Reigning Lorelai | WBEI |
| PA 1-588-505 | GILMORE GIRLS: Girls In Bikinis, Boys Doin' The Twist | WBEI |
| PA 1-588-513 | GILMORE GIRLS: Tick, Tick, Tick, Boom! | WBEI |
| PA 1-588-506 | GILMORE GIRLS: Afterboom | WBEI |
| PA 1-588-530 | GILMORE GIRLS: Luke Can See Her Face | WBEI |
| PA 1-588-509 | GILMORE GIRLS: Last Week Fights, This Week Tights | WBEI |
| PA 1-588-507 | GILMORE GIRLS: Raincoats And Recipes | WBEI |
| PA 1-660-845 | GILMORE GIRLS: Say Goodbye To Daisy Miller | WBEI |
| PA 1-660-849 | GILMORE GIRLS: A Messenger, Nothing More | WBEI |
| PA 1-660-839 | GILMORE GIRLS: Written In The Stars | WBEI |
| PA 1-660-836 | GILMORE GIRLS: Tippecanoe And Taylor, Too | WBEI |
| PA 1-660-835 | GILMORE GIRLS: We Got Us A Pippi Virgin | WBEI |
| PA 1-660-834 | GILMORE GIRLS: Norman Mailer, I'm Pregnant! | WBEI |

| | | |
|---|---|---|
| PA 1-660-843 | GILMORE GIRLS: You Jump, I Jump, Jack | WBEI |
| PA 1-660-842 | GILMORE GIRLS: The Party's Over | WBEI |
| PA 1-660-841 | GILMORE GIRLS: Emily Says 'Hello' | WBEI |
| PA 1-660-821 | GILMORE GIRLS: But Not As Cute As Pushkin | WBEI |
| PA 1-660-848 | GILMORE GIRLS: Women Of Questionable Morals | WBEI |
| PA 1-660-851 | GILMORE GIRLS: Come Home | WBEI |
| PA 1-660-838 | GILMORE GIRLS: Wedding Bell Blues | WBEI |
| PA 1-661-420 | GILMORE GIRLS: Say Something | WBEI |
| PA 1-660-829 | GILMORE GIRLS: Jews And Chinese Food | WBEI |
| PA 1-660-840 | GILMORE GIRLS: So… Good Talk | WBEI |
| PA 1-660-819 | GILMORE GIRLS: Pulp Friction | WBEI |
| PA 1-660-818 | GILMORE GIRLS: To Live And Let Diorama | WBEI |
| PA 1-660-833 | GILMORE GIRLS: But I'm A Gilmore! | WBEI |
| PA 1-660-831 | GILMORE GIRLS: How Many Kropogs To Cape Cod? | WBEI |
| PA 1-660-815 | GILMORE GIRLS: Blame Booze And Melville | WBEI |
| PA 1-660-830 | GILMORE GIRLS: A House Is Not A Home | WBEI |
| PA 1-660-686 | GILMORE GIRLS: New And Improved Lorelai | WBEI |
| PA 1-660-69 | GILMORE GIRLS: Fight Face | WBEI |
| PA 1-661-417 | GILMORE GIRLS: The UnGraduate | WBEI |
| PA 1-660-630 | GILMORE GIRLS: Always A God Mother, Never A God | WBEI |
| PA 1-660-634 | GILMORE GIRLS: We've Got Magic To Do | WBEI |
| PA 1-660-633 | GILMORE GIRLS: Welcome To The Dollhouse | WBEI |
| PA 1-660-682 | GILMORE GIRLS: Twenty-One Is The Loneliest Number | WBEI |
| PA 1-660-600 | GILMORE GIRLS: Let Me Hear Your Balalaikas Ringing Out | WBEI |
| PA 1-660-684 | GILMORE GIRLS: The Prodigal Daughter Returns | WBEI |

| | | |
|---|---|---|
| PA 1-660-677 | GILMORE GIRLS: He's Slippin' 'Em Bread… Dig? | WBEI |
| PA 1-661-454 | GILMORE GIRLS: The Perfect Dress | WBEI |
| PA 1-660-678 | GILMORE GIRLS: Just Like Gwen And Gavin | WBEI |
| PA 1-661-456 | GILMORE GIRLS: Friday Night's Alright For Fighting | WBEI |
| PA 1-660-675 | GILMORE GIRLS: You've Been Gilmored | WBEI |
| PA 1-660-664 | GILMORE GIRLS: A Vineyard Valentine | WBEI |
| PA 1-663-262 | GILMORE GIRLS: Bridesmaids Revisited | WBEI |
| PA 1-660-695 | GILMORE GIRLS: I'm OK, You're OK | WBEI |
| PA 1-663-266 | GILMORE GIRLS: The Real Paul Anka | WBEI |
| PA 1-667-590 | GILMORE GIRLS: I Get A Sidekick Out Of You | WBEI |
| PA 1-660-669 | GILMORE GIRLS: Super Cool Party People | WBEI |
| PA 1-661-161 | GILMORE GIRLS: Driving Miss Gilmore | WBEI |
| PA 1-660-665 | GILMORE GIRLS: Partings | WBEI |
| PA 1-661-164 | GILMORE GIRLS: The Long Morrow | WBEI |
| PA 1-661-163 | GILMORE GIRLS: That's What You Get, Folks, For Makin' Whoopee | WBEI |
| PA 1-661-168 | GILMORE GIRLS: Lorelai's First Cotillion | WBEI |
| PA 1-661-169 | GILMORE GIRLS: 'S Wonderful, 'S Marvelous | WBEI |
| PA 1-667-587 | GILMORE GIRLS: The Great Stink | WBEI |
| PA 1-661-158 | GILMORE GIRLS: Go, Bulldogs! | WBEI |
| PA 1-661-159 | GILMORE GIRLS: French Twist | WBEI |
| PA 1-661-156 | GILMORE GIRLS: Introducing Lorelai Planetarium | WBEI |
| PA 1-661-058 | GILMORE GIRLS: Knit, People, Knit! | WBEI |
| PA 1-661-056 | GILMORE GIRLS: Merry Fisticuffs | WBEI |
| PA 1-661-053 | GILMORE GIRLS: Santa's Secret Stuff | WBEI |
| PA 1-661-052 | GILMORE GIRLS: To Whom It May Concern | WBEI |
| PA 1-661-167 | GILMORE GIRLS: I'd Rather Be In Philadelphia | WBEI |
| PA 1-661-043 | GILMORE GIRLS: Farewell, My Pet | WBEI |
| PA 1-661-047 | GILMORE GIRLS: I'm A Kayak, Hear Me Roar | WBEI |

| PA 1-661-050 | GILMORE GIRLS: Will You Be My Lorelai Gilmore? | WBEI |
|---|---|---|
| PA 1-661-165 | GILMORE GIRLS: Gilmore Girls Only | WBEI |
| PA 1-661-162 | GILMORE GIRLS: Hay Bale Maze | WBEI |
| PA 1-783-498 | GILMORE GIRLS: It's Just Like Riding A Bike | WBEI |
| PA 1-661-160 | GILMORE GIRLS: Lorelai? Lorelai? | WBEI |
| PA 1-661-166 | GILMORE GIRLS: Unto The Breach | WBEI |
| PA 1-661-154 | GILMORE GIRLS: Bon Voyage | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28